FILED BY_____D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE  05 OCT 14 PM 12: 20
WESTERN DIVISION

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| LOU HENRY M. LOCKETT, III, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civ. No. 05-2100-B/P |
| ) | |
| ACTION ORNAMENTAL IRON, ) | |
| ) | |
| Defendant. ) | |
| ) | |

---

**SCHEDULING ORDER**

---

Pursuant to written notice, a scheduling conference was held October 13, 2005. Present were Lou Henry M. Lockett, III, *pro se*, and Don Owens, III, counsel for defendant. At the conference, the following dates were established as the final dates for:

**INITIAL DISCLOSURES PURSUANT TO Fed.R.Civ.P. 26(a)(1):**
October 31, 2005

**JOINING PARTIES:** November 30, 2005

**AMENDING PLEADINGS:** November 30, 2005

**INITIAL MOTIONS TO DISMISS:** December 30, 2005

**COMPLETING ALL DISCOVERY:** March 31, 2006

   (a) **DOCUMENT PRODUCTION:** March 31, 2006

   (b) **DEPOSITIONS, INTERROGATORIES AND REQUESTS FOR ADMISSIONS:** March 31, 2006

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 10-14-05



(c) **EXPERT WITNESS DISCLOSURE (Rule 26):**

    (1) **DISCLOSURE OF PLAINTIFF'S RULE 26 EXPERT INFORMATION:** January 2, 2006

    (2) **DISCLOSURE OF DEFENDANT'S RULE 26 EXPERT INFORMATION:** February 2, 2006

    (3) **EXPERT WITNESS DEPOSITIONS:** March 31, 2006

**FILING DISPOSITIVE MOTIONS:** April 28, 2006

**OTHER RELEVANT MATTERS:**

No depositions may be scheduled to occur after the discovery cutoff date.  All motions, requests for admissions, or other filings that require a response must be filed sufficiently in advance of the discovery cutoff date to enable opposing counsel to respond by the time permitted by the Rules prior to that date.

Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or the service of the response, answer, or objection, which is the subject of the motion, if the default occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or the objection to the default, response, answer, or objection shall be waived.

This case is set for a non-jury trial.  The pretrial order date, pretrial conference date, and trial date will be set by the presiding judge.  It is anticipated that the trial will last approximately 1-2 days.

The parties are reminded that pursuant to Local Rule 11(a)(1)(A), all motions, except motions pursuant to Fed. R. Civ. P. 12, 56, 59, and 60 shall be accompanied by a proposed order.

The opposing party may file a response to any motion filed in this matter.  Neither party may file an additional reply, however, without leave of the court.  If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

At this time, the parties have not given consideration to whether they wish to consent to trial before the magistrate judge. The parties will file a written consent form with the court should they decide to proceed before the magistrate judge.

This order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this order will not be modified or extended.

IT IS SO ORDERED.

TU M. PHAM
United States Magistrate Judge

October 13, 2005
Date

-3-

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 17 in case 2:05-CV-02100 was distributed by fax, mail, or direct printing on October 14, 2005 to the parties listed.

---

Don Owens
OWENS LAW FIRM
214 Adams Avenue
Memphis, TN 38103

Lou Henry M. Lockett
2667 Margot St.
Memphis, TN 38118

Honorable J. Breen
US DISTRICT COURT