IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY /s/ D.C.

05 DEC 28 PM 5: 0

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN MEMPHIS

LOU HENRY M. LOCKETT, III,

    Plaintiff,

v.                                                   No. 05-2100-B/P

ACTION ORNAMENTAL IRON,

    Defendant.

## ORDER OF REFERENCE

    Before the court is Defendant's Motion Pursuant to Rule 37 for Failure to Make Disclosure for Sanctions filed on December 27, 2005.

    This matter is hereby referred to the United States Magistrate Judge for determination and/or a report and recommendation. Any objections to the magistrate judge's order and/or report and recommendation shall be made within ten (10) days after service of the order/report, setting forth particularly those portions of the order/report objected to and the reasons for the objections. Failure to timely assign as error a defect in the magistrate judge's report will constitute a waiver of that objection. See Rule 72(a), Federal Rules of Civil Procedure.

**IT IS SO ORDERED** this 28th day of December, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE


This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 12-29-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 21 in case 2:05-CV-02100 was distributed by fax, mail, or direct printing on December 29, 2005 to the parties listed.

---

Don Owens
OWENS LAW FIRM
214 Adams Avenue
Memphis, TN 38103

Lou Henry M. Lockett
2667 Margot St.
Memphis, TN 38118

Honorable J. Breen
US DISTRICT COURT